# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No. 1:22MJ76LDA |
| David Shittu (YOB: 1992) ) | |
| ) | |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  February 2020 - December 2021  in the county of _____ in the _____ District of  Rhode Island , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Interstate Threatening Communications |

This criminal complaint is based on these facts:

See the attached Affidavit of Task Force Officer Scott Chanthaphouvong, of the Federal Bureau of Investigation ("FBI").

☑ Continued on the attached sheet.

*Complainant's signature*

TFO Scott Chanthaphouvong - FBI
*Printed name and title*

Sworn to before me and signed in my presence. [Telephone]

Date: October 7, 2022

*Judge's signature*

City and state: Providence, Rhode Island

Lincoln D. Almond, U.S. Magistrate Judge
*Printed name and title*