IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>VS.<br><br>DAVID SHITTU (YOB: 1992) | Case No. 1:22MJ76LDA<br><br>**Filed Under Seal** |

**AFFIDAVIT IN SUPPORT OF**
**APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Scott Chanthaphouvong, being first duly sworn, hereby depose and state as follows:

**I.   INTRODUCTION**

1. I make this affidavit in support of an application for a criminal complaint charging DAVID SHITTU, Year of Birth (YOB) 1992, (herein referred to as "SHITTU") of Johnston, RI, in violation of 18 U.S.C. § 875(c) - Interstate Communications, whoever transmits in interstate or foreign commerce any communication containing any threat to kidnap any person or any threat to injure the person of another, shall be fined under this title or imprisoned not more than five years, or both.

2. The facts set forth in the Affidavit are based on my personal observations, my training and experience, information obtained from other agents, witnesses, and records obtained during the course of the investigation. Because I submit this Affidavit for the limited purpose of showing probable cause, I have not included in this Affidavit each and every fact that I have learned in this investigation. Rather, I have set forth only facts sufficient to establish probable cause to issue an arrest warrant for the individual identified herein. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## II.     AFFIANT BACKGROUND

3. I am a Detective with the Warwick Police Department (WPD) and a Task Force Officer (TFO) with the Federal Bureau of Investigation. I have been employed by the WPD since 2004. I am currently assigned to the Joint Terrorism Task Force (JTTF) at the FBI Providence Resident Agency (RA) of the Boston Field Office. Since 2018 with the JTTF, I have participated in criminal investigations relating to counterterrorism, domestic terrorism, and a variety of federal criminal violations to include the transmission of interstate threatening communications. As a TFO, I am authorized by law or by a government agency to engage in or supervise the prevention, detection, investigation, or prosecution of violations of federal criminal laws.

## III.     PROBABLE CAUSE

### February 2020 Threatening Communication

4. In February 2020, FBI-Providence was notified a threat to harm to women was posted on an anti-hate website. The threat originated from email sender: innxt@rocketmail.com and indicated the author may be a college student who was considering assaulting women in his class with a firearm:



(February 2020 Posting)

5. In a follow-up communication on the same anti-hate website, innxt@rocketmail.com communicated he understood the threatening nature of his thoughts and was currently in therapy, but feared sharing his feelings with his therapist.

6. FBI New York contacted Yahoo seeking an emergency disclosure of information related to Innxt@rocketmail.com which revealed a login IP address of 2600:8805:fe:05:301:8d3c:8968:205:306 associated with Cox Communications. A federal grand jury subpoena submitted by to Cox Communications for said IP address revealed that it was assigned to subscriber Joseph Beaucage, 125 Freight Street, Apartment 25, Pawtucket, Rhode Island. FBI Providence investigators traveled to 125 Freight Street on Saturday, February 22, 2020 and identified Joseph Beaucage and his

3

nephew, David SHITTU, as the residents of the apartment.[1] Beaucage confirmed that Beaucage and SHITTU were the only residents of the apartment. Beaucage reported that he did not use the Internet, reported that neither Beaucage nor SHITTU had a cellular telephone, and denied knowledge of any online threats communicated by SHITTU. Beaucage indicated that he was SHITTU's "guardian" and reported SHITTU had mental health issues.

7. SHITTU remained in the apartment within earshot as investigators spoke with Beaucage at the front door. Upon learning of the investigators' identity and purpose SHITTU stated, in substance and in part, "I reached out for help online and this is what I get?" SHITTU declined to answer any of the investigators questions without his therapist present. SHITTU agreed to meet with the interviewing agents at the offices of his mental healthcare provider, Gateway Health Center, 103 Bacon Street, Pawtucket, Rhode Island.

8. On February 24, 2020, FBI investigators contacted SHITTU's mental health team and confirmed that SHITTU had signed a release permitting his counselors to speak with the FBI. SHITTU's therapist reported that, after FBI investigators initially contacted Beaucage and SHITTU at their residence, SHITTU was voluntarily admitted to a local hospital for suicidal ideation. SHITTU was released on February 25, 2020 and his mental health team reported they were coordinating appointment of a Rhode Island Mental Health Advocate (MHA) to represent SHITTU at the interview.

9. On March 3, 2020 an FBI investigator contacted SHITTU's therapist and his appointed MHA to finalize an interview date. SHITTU's therapist then reported SHITTU had been

---

[1] Joseph Beaucage passed away on June 11, 2022.

hospitalized a second time for suicidal ideation, and was expected to be discharged on March 9, 2020.

10. On March 16, 2020, FBI investigators interviewed SHITTU in the presence of his appointed MHA and mental health clinical team. During the interview, SHITTU was presented with the text of the innxt@rocketmail.com threat and SHITTU admitted he authored the post. When asked why he posted the message SHITTU responded that he was incapable of empathy. SHITTU acknowledged he had made similar postings in other online forums. SHITTU denied he was coerced to take violent actions on his feelings.

11. SHITTU's psychiatrist was present during the interview and reported SHITTU was diagnosed with "schizoid personality disorder" (SPD). SHITTU's MHA noted SHITTU also had a working diagnosis of post-traumatic stress disorder (PTSD). Following the interview, SHITTU's medical team reported they would change SHITTU's treatment plan to include increased therapy, group counseling, a psychological evaluation, and modified medications.

**September 2021 Threatening Communication**

12. The University of Michigan has three campuses in Michigan located in the cities of Flint, Dearborn and Ann Arbor. The University reported approximately 48,000 students as of the 2021 academic year.

13. On or about September 25, 2021 a minor child surfing the Internet visited the online confession website "Sinnlist" and observed a post threatening a mass-shooting targeting women at the University of Michigan. The post reflected date "09/24/2021" and threatened the mass-shooting would occur on "10/4/2021." The minor notified one of her parents who suggested she send a warning to the University of Michigan. On September

25, 2021 the minor sent an email to two University general email addresses and included a screenshot of the threat. The minor's email cautioned, "I was on a website scrolling through anonymous confessions and I saw a post where someone is saying they plan on committing a violent act, i (sic) just felt the need to warn somebody."



(September 25, 2021 email to University of Michigan with Sinnlist posting)

14. The text of the threat reflected the following:

15. *On October 4th, I'm going to The University Of Michigan and blow away every single woman I see with an AR-15. Because the #MeToo movement proved that Elliot Rodgers was right and those fucking animals deserve die. I watch Plymouth happen and I had a smile on my face. It was the first time I smiled in years. There is a violent pro-male revolution coming and you people better get ready for it.*

16. The University of Michigan Division of Public Safety and Security (DPSS) was notified of the email warning, opened an investigation, and reported the threat to the FBI.

17. The name "Elliot Rodgers" - adding an "s" at the end of Rodger - was assessed by your affiant and other investigators from the FBI to refer to Elliot Rodger, perpetrator of a 2014 mass attack near the campus of the University of California, Santa Barbara. In that attack, Rodger killed six people and injured fourteen by stabbing, shooting and vehicular ramming before killing himself. Rodger explained his motive was, in part, to punish women for rejecting him.

18. The place name "Plymouth" in the Sinnlist threat was assessed by your affiant and other members of the FBI to refer to an August 12, 2021 mass shooting in and around Plymouth, Devon, United Kingdom. In that attack, 22 year-old Jake Davison shot and killed five people and injured two others before killing himself.

19. The Sinnlist website was identified as hosted by U.S.-based cloud infrastructure provider Digital Ocean. DPSS obtained a search warrant for the Sinnlist website data maintained by Digital Ocean, and DPSS shared the Digital Ocean-produced search warrant returns with the FBI. FBI computer scientists examined the Sinnlist VPS server image and attempted to associate an IP address with the posted threat. The FBI computer scientists initially identified an IP address that resolved to Maryland and an FBI team from Baltimore interviewed a teenager associated with the IP address. The teenager and his mother were fully cooperative and the teen was determined to have had no involvement in posting or authoring the Sinnlist threat.

20. On November 22, 2021, after a reconstruction of the Digital Ocean website, FBI computer scientists determined the threatening post was most closely associated with date/time stamp 2021-09-24 05:37:13.305883+00. Access logs associated the time and date stamp with IP address 68.9.87.110. The IP was identified as assigned to Cox

Communications and Cox identified the IP's subscriber as Joseph Beaucage, 125 Freight Street, Apartment 25, Pawtucket, Rhode Island. FBI investigators obtained a federal search warrant for the residence at 125 Freight Street. The warrant was executed on December 16, 2021 and seven laptop computers were located and seized.



(Several of the laptops seized on December 16, 2021)

21. Joseph Beaucage was present in the apartment as the search team entered the apartment and agreed to be interviewed. Beaucage reported that SHITTU was currently using a red HP laptop computer to access the Internet. Beaucage reported all the laptops in the apartment had been used by SHITTU and reported they were all purchased at a local pawn shop. Beaucage reported that, on each occasion when SHITTU would report a laptop inoperative, Beaucage would purchase another laptop from the pawn shop for SHITTU's use. Beaucage reported that SHITTU was still in regular therapy and was prescribed medications that were delivered to the apartment every other week. Beaucage did not know what medications SHITTU was prescribed, and Beaucage did not know if SHITTU was actually taking his medications as prescribed.

22. On a table in the apartment, the FBI search team identified a packet of medications prescribed for SHITTU.

**Examination of Laptop Computers**

23. An FBI computer scientist conducted a forensic review of the red HP laptop (Item 1B5) that Beaucage identified as the laptop in current use by SHITTU. The computer scientist determined the Windows operating system on the laptop had been installed on September 25, 2021- the day immediately after the mass-shooting threat was posted on www.sinnlist.com. The review identified a Pinterest bookmark at "https://www.pinterest.com/fookoptics/saved/" and a gmail account for fookoptics@gmail.com. Pinterest subscriber records indicated that the "fookoptics" account was established on October 2, 2021 via signup IP address 68.14.82.184. Cox communications records indicated IP address 68.14.82.184 was assigned to Joseph Beaucage, 125 Freight Street, Apt 25, Pawtucket, Rhode Island as of October 2, 2021.

24. FBI forensic review of the red HP laptop computer (Item 1B5) identified Internet browsing history for three browsers: Google Chrome, Edge Chromium, and Edge Internet Explorer. Browsing history began October 2, 2021 for Edge Chromium and Edge Internet Explorer 10-11. Chrome browsing history began on October 3, 2021. Keyword searches between October 3, 2021 and December 15, 2021 were conducted via the Chrome browser and reflected searches relating to school shootings and searches using words or phrases referenced in the September 24, 2021 Sinnlist threat. Of 229 total Chrome searches bookmarked on Item 1B5, 186 searches referenced women, 26 referenced feminists, 8 referenced "Elliot Rodger," six referenced the "AR-15" assault rifle, 2 referenced the "#metoo" movement, and one search read "University of Michigan art professor." No browser activity or other data identified on Item 1B5 indicated a connection to the Sinnlist website.

25. Google Chrome searches indicated that the user of Item 1B5 searched for information about mass shooter "Elliot Rodger" and mirrored the Sinnlist post that mass-shooter "Elliot Rodgers was right. . ." Several of the Google Chrome searches located on Item 1B5 misspelled the mass-shooter's last name - adding an ending "s" to Rodger in the same manner the name was misspelled in the September 24, 2021 Sinnlist threat:

   a. "elliot rodger was right"

   b. "elliot rodgers (sic) was right"

   c. "elliot rodger and metOO"

   d. "elliot rodgers (sic) t-shirt"

   e. "elliot rodgers (sic) hero"

26. The September 24, 2021 Sinnlist threat indicated the mass-shooter on the University of Michigan campus would "blow away every single woman . . . with an AR-15" rifle. Google Chrome searches identified on Item 1B5 indicated that laptop user was searching for information about AR-15 rifles:

    a. "inside ar15"

    b. "ar15 safety"

    c. "1960s ar15"

    d. "AR15 slam fire problem"

    e. "AR15 slam fire small firing pin"

    f. "pointabillity ar15"

27. The author of the September 24, 2021 Sinnlist threat stated that women deserved to die. Google Chrome searches on Item 1B5 indicated the laptop user conducted searches referencing misogyny and violence against women:

    a. "women should be beaten"

    b. "burn women alive"

    c. "kill all women"

    d. "women piss me off"

    e. "I hate women"

    f. "most women dont deserve to live"

    g. "send death threats to women"

    h. "seething hatred of women"

    i. "murder more women"

    j. "women should die"

28. The Google searches located on Item 1B5 also mirrored terms used in the February 2020 anti-hate website threat that SHITTU admitted he had posted. One search on Item 1B5 queried Google using the phrase "cave women's fucking skulls in," mirroring SHITTU's February 2020 post that he dreamed about "caving a feminist head in with a baseball bat. . ." Another search on SHITTU's laptop queried Google with the phrase "women are subhuman", mirroring SHITTU's February 2020 post on the anti-hate website where he posted, "I truly view [women] as subhuman. . ."

29. FBI computer scientists identified a signin to Cox Communications site https://www.cox.com/content/dam/cox/okta/signin.html via user email djs910@cox.net. The constituent parts of the address are assessed to be composed of David Joseph SHITTU's initials "djs" and his month and day of birth: September 10.

30. Searches on Item 1B5 indicated the user was searching the genealogy website "Familysearch.org" for information relating to the following: "Arthur Beaucage," "Woody Beaucage," "Joe Beaucage," "Joanne Beaucage," and "David SHITTU."

31. An FBI Special Agent reviewed the forensic image of a laptop located during the December 16, 2021 search (Item 1B6) using Forensic Toolkit Version 6.4.0.70 and a Magnet Axiom portable case. Internet browser searches for "List of mass shootings in the United States" and "List of mass shootings in the United States#1990s" were identified on the laptop. Wikipedia bookmarks were identified on the laptop linking to mass shooting events:

    a. Halle synagogue shooting [2019 Halle and Landsberg, Germany]

    b. 1993 Aurora, Colorado Shooting

    c. 101 California Street Shooting [1993 San Francisco, CA]

      d. 2011 Seal Beach Shooting [2011 Seal Beach, CA]

      e. Carthage Nursing Home Shooting [2009 Carthage, NC]

      f. Copper Canyon Apartment Homes Shooting [2017, Highlands Ranch, CO]

      g. 1982 Wilkes-Barre Shootings [1982, Wilkes-Barre, PA]

32. Immediately following the bookmarks relating to mass shootings, the user of the computer entered the following query in Google: "I think I'm a mass-shooter" (09/24/2021 @ 02:29:25 AM). Queries on Laptop 1B6 Google Chrome browser history were reviewed and reflected the following search terms/phrases relating to violence, misogyny and uncontrolled anger:

      a. "immense hatred of women"

      b. "attacking women at random"

      c. "violent resentment"

      d. "unstoppable anger"

      e. "extreme violent thoughts"

      f. "watching women die"

      g. "kill as many women as you can"

33. Laptop 1B6's Google Chrome browser history reflected the search term "anonymous confession" entered 09/24/2021 at 1:33:47 am -0400. The next Google Chrome entry reflected connection to "https://sinnlist.com/about" and indicated the user had accessed the Sinnlist site at or about the time the University of Michigan mass-shooting threat was posted. A Google search query preceding the access to the Sinnlist website reflected the query "suicide hotline" followed by a query for a phrase referencing Isla Vista, California mass-shooter Elliot Rodger: "i feel like elliot rodger."

34. Google search queries following within hours after the Sinnlist website access included the following:

    a. "plymouth shooting hero"

    b. "charge for terroristic threats"

    c. "felony terroristic threats"

    d. "how to threaten someone legally"

**Summary and related online searches**

35. Forensic examination of SHITTU's laptop computers indicates that, shortly after SHITTU posted the threat on Sinnlist (Item 1B6), he stopped using the laptop and moved to a new computer (Item 1B5). Using the new laptop he appears to have opened multiple email accounts on the end-to-end encrypted email platform "ProtonMail," headquartered in Switzerland and located beyond the reach of the federal grand jury.

36. Google searches on August 11, 2021 reflect research on a Rhode Island mental health professional's "duty-to-warn," including specific searches relating to the Rhode Island statute governing the duty: "R. I. General Laws Section 5-37.3." Google searches on laptop 1B6 reflect queries for "Trial Practice Manual for Criminal Defense Lawyers" (08/10/2021), "not competent to stand trial" (09/24/2021), and the defense of "diminished capacity" (09/24/2021).

## IV.   Conclusion

37. Based on all the foregoing facts, I submit that there is probable cause to believe that DAVID SHITTU in February 2020 and on or about September 24, 2021 violated Title 18 U.S.C. § 875(c) (Interstate Threatening Communications).

I declare that the foregoing is true and correct.

_____
Scott Chanthaphouvong
Task Force Officer
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by _____**Telephone**_____.
*(specify reliable electronic means)*

__October 7, 2022__                    _____
Date                                   *Judge's signature*

**Providence RI**                      **Lincoln D Almond USMJ**
*City and State*                       *Printed name and title*

15