PER 18 U.S.C. 3170

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION  ☐ INDICTMENT  ☒ COMPLAINT

CASE NO. **1:22MJ76LDA**

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☐ Superseding  ☐ Defendant Added
☐ Indictment Information  ☐ Charges/Counts Added

USA vs.
Defendant: **David Shittu**
Address: [REDACTED]

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND — **RHODE ISLAND** Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: **ZACHARY A. CUNHA**
☒ U.S. Atty  ☐ Other U.S. Agency
Phone No. **(401) 709-5000**

Name of Asst. U.S. Attorney (if assigned): **Paul F. Daly**

☐ Interpreter Required  Dialect: _____

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
**TFO Scott Chanthaphouvong - FBI**

Birth Date: [REDACTED]  ☐ Male  ☐ Female  ☐ Alien (if applicable)

Social Security Number: [REDACTED]

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

## DEFENDANT

Issue: ☒ Warrant  ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty  ☐ Defense

☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

SHOW DOCKET NO.

Defense Counsel (if any): _____
☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Place of offense: **RHODE ISLAND** County

☐ This report amends AO 257 previously submitted

## OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts: **1**

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| 1 | 18 U.S.C. § 875(c) | Interstate Threatening Communications | ☒ Felony ☐ Misdemeanor |
|   |   | Max. Penalty: 5 yr. incarceration, $250,000 fine, 3 yr S/R, $100 spec. assess. | ☐ Felony ☐ Misdemeanor |