# UNITED STATES DISTRICT COURT
for the

United States of America
v.

David Shittu (YOB: 1992)

*Defendant*

Case No. 1:22MJ76LDA

**RECEIVED**
By Dianna Prete at 10:28 am, Oct 07, 2022

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* David Shittu, (YOB: 1992)
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 875(c) - Interstate Threatening Communications

Date: October 7, 2022

*Issuing officer's signature*

City and state: **Providence RI**

Lincoln D. Almond, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 10/7/2022, and the person was arrested on *(date)* 10/12/2022
at *(city and state)* PAWTUCKET RI

Date: 10/12/2022

**WARRANT EXECUTED**
U.S. MARSHALS SERVICE
OCT 12 2022

*Arresting officer's signature*

District of Rhode Island
*Printed name and title*