UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID SHITTU,<br>       Defendant. | Cr. No.    1:22CR130WES-LDA<br><br>In violation of 18 U.S.C. § 875(c) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

In or about February 2020, in the District of Rhode Island and elsewhere, the defendant, DAVID SHITTU, knowingly transmitted in interstate and foreign commerce an electronic communication to another, that is SHITTU caused to be posted to an online message board a communication which contained a true threat to injure unidentified women, specifically to kill women with a firearm or baseball bat, and the defendant transmitted this threatening communication for the purpose of issuing a threat and with the knowledge that the communication would be viewed as a threat.

In violation of 18 U.S.C. § 875(c).

### COUNT TWO

On or about September 24, 2021, in the District of Rhode Island and elsewhere, the defendant, DAVID SHITTU, knowingly transmitted in interstate and foreign commerce an electronic communication to another, that is SHITTU caused to be posted to an online message board a communication which contained a true threat to injure unidentified women, specifically to kill women at the University of Michigan with a firearm, and the defendant transmitted this threatening communication for the purpose

of issuing a threat and with the knowledge that the communication would be viewed as a threat.

In violation of 18 U.S.C. § 875(c).

A TRUE BILL:

███████████████
Grand Jury Foreperson

ZACHARY A. CUNHA
United States Attorney

*/s/ Paul F. Daly, Jr.*
_____
PAUL F. DALY, JR.
Assistant U.S. Attorney

*/s/ Lee Vilker*
_____
LEE H. VILKER
Assistant U.S. Attorney
Criminal Division Chief

Date: 12/7/2022