UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal Case No. 22-00130-WES |
| DAVID SHITTU,<br>    Defendant. | |

## GOVERNMENT'S MOTION TO DISMISS

On December 12, 2023, the parties executed a Pretrial Diversion Agreement which was approved by the United States Probation Office. The agreement provided for a one-year period of diversion. The Agreement contained nine "General Conditions of Pretrial Diversion" and four "Special Conditions."

The Agreement specifies that if the defendant successfully completed the diversion program and fulfilled all conditions of the Agreement, the charges filed against him would be dismissed. On December 11, 2024, a representative of the United States Probation Office confirmed that Mr. Shittu has abided by the terms of his Diversion Agreement and is in compliance with its conditions.

Therefore, the government, by and through its undersigned attorneys, hereby moves the Honorable Court to dismiss Indictment CR-22-00130-WES.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorney,

ZACHARY A. CUNHA
United States Attorney

/s/ Paul F. Daly, Jr.
PAUL F. DALY, JR.
Assistant U.S. Attorney
U.S. Attorneys Office

One Financial Plaza, 17th floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
Email:  paul.daly@usdoj.gov

## CERTIFICATION

I, Paul F. Daly, Jr., hereby certify that I served a copy of the Government's Motion to Dismiss, upon counsel of record by filing same with the Court's ECF, this 16th day of December, 2024.

/s/ Paul F. Daly, Jr.
PAUL F. DALY, JR.
Assistant U.S. Attorney
U.S. Attorney's Office
One Financial Plaza, 17th floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
Email:  paul.daly@usdoj.gov